U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 24-20264-cr-BB

**UNITED STATES OF AMERICA**

**Inmate Name:** Jimmy Sanchez

**v.**

**Inmate #:** 240133812

Jimmy Sanchez                    /

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:    ANY UNITED STATES MARSHAL, and

WARDEN, Turner Guilford Knight Correctional Center

It appearing from the petition of the United States of America that the defendant in the above case,

Jimmy Sanchez _____ is confined in the Turner Guilford Knight Correctional Center at

7000 NW 41st St, Miami, FL 33166 _____ and that this case is set for an Initial Appearance

as to the defendant at U.S. District Court, c. Clyde Atkins Federal Building, 301 North Miami Avenue,

Miami, Florida 33128 _____, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of

Jimmy Sanchez _____ now in custody as aforesaid, under safe and secure conduct, before this

Court at U.S. District Court, c. Clyde Atkins Federal Building, 301 North Miami Avenue, Miami, Florida 33128.

by or before, 1:30 P M., on July 16, 2024 _____ for a Initial Appearance _____ on the criminal charges

pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all

convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Turner Guilford Knight Correctional Center at

7000 NW 41st St, Miami, FL 33166 _____ to deliver into the custody of any United States

Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this

district for this purpose

DONE and ORDERED at Miami _____ Florida, this 26th ____ day of June _____, 2024 _____

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:    U.S. Attorney (AUSA Yara Dodin _____)
       U.S. Marshal (3 certified copies)
       Chief Probation Officer