UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-20264

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                                    **WAIVER**

Tsvia Kol                Defendant.
                                        /

I, Tsvia Kol , the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to
    speedy trial + speedy arraignment .

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on
    _____, my right to

DATED: 7/1/24

                                        _____
                                                    Defendant

                                        _____
                                        Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to
July 1, 2024    speedy trial + arraignment
DATED this July day of July , 2024, at Miami ,
Southern District of Florida.

TAPE NO.:

                                        _____
                                        **JONATHAN GOODMAN**
                                        **UNITED STATES MAGISTRATE JUDGE**

c: AUSA, Defense Counsel, Probation, U.S. Marshal