UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20264-CR-BLOOM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JIMMY SANCHEZ,

      Defendant.

_____/

## NOTICE OF COMPLIANCE

      The Defendant, Jimmy Sanchez, through undersigned counsel, files this Notice advising the Court that he provided his mitigation submission to the government on June 16, 2025.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

Eric Cohen
Florida Bar No. 328065
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4191
Eric_Cohen@fd.org

Christian Dunham
Florida Bar No.: 146587
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4255
Christian_Dunham@fd.org

Abigail Becker
Florida Bar No. 72284
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4188
Abigail_becker@fd.org

Ashley Kay
Florida Bar No. 78991
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4236
Ashley_kay@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **June 17, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   _s/ Abigail Becker_
          Abigail Becker