**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-20264-CR-BLOOM**

UNITED STATES OF AMERICA

vs.


TSVIA KOL and
JIMMY SANCHEZ,

        Defendants.

_____/

## NOTICE THAT THE UNITED STATES DOES NOT INTEND TO SEEK THE DEATH PENALTY

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides notice to the Court that the government will NOT SEEK the death penalty against the above-named defendants in this case, and states as follows:

1.      On or about June 20, 2024, a federal grand jury in Miami, Florida returned a three count Indictment in this case. The above-named Defendants were charged in one of the three counts with Causing the Death of a Person in the Course of a Drug Trafficking Offense, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(j) and Title 18, United States Code, Section 2. This is an offense that is eligible for the death penalty. (ECF No. 1).

2.      On August 20, 2024, the Court held a Status Conference in this case. During that Status Conference, the Court set the deadline of June 20, 2025, for counsel for the Defendants to submit death penalty mitigation packages. Defense counsel complied with this deadline. Further, the Court set a deadline of September 5, 2025, for the government to provide notice of the decision to seek or not seek the death penalty.

3.      The Department of Justice has decided NOT TO SEEK the death penalty for Defendants Tsvia Kol and Jimmy Sanchez for the death eligible count charged in the Indictment. The decision NOT TO SEEK the death penalty was communicated to counsel for all defendants on September 3, 2025.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   *s/Monique Botero*
MONIQUE BOTERO
Assistant United States Attorney
Florida Bar No. 722286
U.S. Attorney's Office - SDFL
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9010
Email: Monique.Botero@usdoj.gov