UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20264-CR-BLOOM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JIMMY SANCHEZ,

      Defendant.

_____/

## DEFENDANT'S NOTICE RE: OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

Undersigned counsel for Defendant Jimmy Sanchez, after conferring with Assistant United States Attorney Monigue Botero, files notice that all  previously filed objections to Mr. Sanchez's Presentence Investigation Report have been resolved.

      Respectfully Submitted,

      HECTOR A. DOPICO
      Federal Public Defender

By:    */s/ Eric M. Cohen* _____
      Eric M. Cohen
      Assistant Federal Public Defender
      Florida Bar No.  328065
      150 W. Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel: (305) 530-7000
      Email: Eric_Cohen@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **March 31, 2026,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _/s/ Eric M. Cohen_
　　　Eric M. Cohen