UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   24-20264-cr-BLOOM

UNITED STATES of AMERICA,

     Plaintiff,

     v.

TSVIA KOL,

     Defendant.

_____ /

## <u>NOTICE OF FILING LETTERS FOR CONSIDERATION AT SENTENCING</u>

COMES NOW, the Defendant, through undersigned counsel, and files the attached character letters for consideration by the Court at sentencing.

     Sigalit Yepes
     Vivian Lerner
     Simon Kol
     Yuval Kol
     Ravid Yepes
     Eden Yepes
     Or Shefer
     Oshrit Goldsmit

**BENJAMIN, AARONSON, EDINGER & PATANZO, PA**

*/s/ Peter T. Patanzo*
PETER T. PATANZO
Fla. Bar No. 174645
1700 East Las Olas Blvd., Suite 202
Fort Lauderdale FL 33301
(954) 779-1700
ppatanzo@benjaminaaronson.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Courts CM/ECF system and a copy was furnished, through that system, to all parties of record, this 6th day of April, 2026.

/s/ *Peter T. Patanzo*
PETER T. PATANZO

The Honorable Beth Bloom
United States District Court
Southern District of Florida
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128


Re: Character Reference for Tsvia Kol


Dear Judge Bloom,


My name is Sigalit Yepes, and I am the mother of Tsvia Kol. I write this letter with a broken heart, deep humility, and complete honesty. This is the most difficult letter I have ever written because
It requires me to confront my own failures as a mother and acknowledge the lasting impact those failures have had on my daughter's life.

Tsvia was born when I was just twenty-two years old. She was a beautiful baby with long black hair and big, loving eyes. In her earliest years, we were inseparable, I never left her side, she was my entire world for me, trusted me completely.
That bond was disrupted when our family endured devastating trauma. Tsvia was two years old when I had my baby boy, Yakov, and we were incredibly happy for a very short time. Shortly after the birth of my son Yakov, he was diagnosed
with aggressive kidney cancer. I spent nearly all my time in hospitals caring for him during his painful treatments. Tsvia was only two years old, yet she was left emotionally alone. When Yakov passed away at just seven months old,
 Tsvia lost not only her baby brother, but also her mother's emotional presence. I was physically there, but I was consumed by grief.
At the same time, my marriage to Tsvia's father was marked by domestic violence and verbal abuse, Tsvia's father would belittle me and humiliate me publicly, he didn't let me have any friends and barely spoke with my family. All of this occurred in front of my daughter Tsvia.
Tsvia witnessed fear and instability inside her own home. Shortly after my son's death, I separated from her father and relocated with Tsvia. In a very short time, she lost her brother, her father, her home, and her sense of security. Her world changed overnight.

I made the grave mistake of believing that working harder and providing material could replace the love, stability, and emotional protection my daughter needed. I was wrong, she went from being the center of my world to barely seeing me and all.
She needed my love and attention, and I didn't give it to her.

About a year later, Tsvia was only four years old I entered another new unhealthy relationship with Izik Cohen, exposing Tsvia to further instability. Instead of giving her safety, I unintentionally deepened her insecurity.
Izik was very strict with Tsvia and raised his hand to her. Unfortunately, my second relationship was no better than the first. I realize now that Izik was beaten and abusing Tsvia under my nose, it breaks my heart how much she suffered

because of me and from me. Izik was not a father to her, and her biological father was missing from her life. Physically and emotionally, she had no one. And additionally, out of ignorance, I raised my daughter with beatings and punishments.
Tsvia suffered a tremendous psychological toll from this.

As a child, Tsvia became withdrawn and struggled socially and academically. She had difficulty making friends and often felt she had to impress others to be accepted. Tsvia has dealt with Voiding dysfunction (holding her urine in).
She also struggled with her weight and self-image. In my ignorance, I embarrassed her, believing it would motivate her. Instead, it caused further pain and harm to her self-image. deep harm. She later developed an eating disorder,
eventually underwent bariatric surgery in 2018. In the beginning she had positive result, was healthy, going to the gym and in an excellent state of mind. But it wasn't enough because her emotional wounds remained untreated.

I later learned that at the age of twelve she had been involved sexually with a nineteen-year-old man. I did not take her to OBGYN. I did not understand the importance or meaning of it all. Tsvia was a victim of abuse.
Instead of recognizing trauma, instead of offering support, I moved her again, creating further instability. I failed to protect her. I was struggling to survive, and I couldn't see beyond my own pain and grief. I cannot imagine how she coped with all this pain.
In 2001 I married Victor and my relationship with Tsvia went from bad to worse. Victor and I had a son a year after my marriage, Ravid and two years after my daughter Eden. I didn't pay attention to Tsvia with all those changes that happened in her life.

 I was too busy with my new life. Tsvia tried repeatedly to get my attention, but it never worked. Few months After my son was born Tsvia didn't want to go to school and I decided to send her to board school when she was 13. A year later,
we moved from Israel to Florida. Tsvia was 14 years old, she didn't adjust to the changes, and we have a lot of arguments, and we decided to send Tsvia back to Israel to finish school in boarding school where she stayed for a year.
By the time Tsvia returned we were living in Maryland. Tsvia adapts good in Maryland and learned quickly Spanish and was happy in school and with new friend she made there buy uniformly a year later my husband lost his job,
forcing us to return to Florida.
We tried to enroll Tsvia in high school in Florida, but even though her high school counselor gave up on her, she advised Tsvia to get her GED online, Tsvia couldn't do it. Tsvia decided to work with her stepsister in Ohio, and she moved for few months.

Years later, Tsvia was nineteen, she told me that my current husband had harassed her. I did not fully grasp the depth of the damage it caused. She felt unsafe and so uncomfortable in her own home and had nowhere to turn.
We had a big argument, and Tsvia left the house. She was only 19, yet she had nowhere to go. She was still emotionally vulnerable and unprepared to navigate the world alone This is when everything really went downhill.
I was focused on my new family and failed to see the depth of her pain. I'm ashamed of my failure to act and respond to protect my daughter. It is one of the greatest regrets of my life
That failure weighs heavily on me but the pain and damage to my daughter was much worse. I abandoned my daughter, and I was wrong. It was much easier to ignore her silent screams for help back then, I can't imagine

how she felt and had to take care of herself at this young age, without my help. I never checked on her; I wasn't there to help her how disappointed she was with me. Tsvia needs structure, she needs stability. Where I failed, that empty

space became consumed by destructive self-harming behaviors, I take responsibility and know that I'm to blame no less, if not more, than my daughter. I started a new family, and her father started a new family and Tsvia left behind without a place in any of the families.


Over the years she tried to return home but unfortunately, we had terrible relationships and arguments, and every time I kicked her out of the house and told her not to return home. I let her once to return home but she spends all the time

sleeping for months, she could sleep for days and after wakeup with bed mood. I didn't realize the depression she was in. Eventually, also this time it ended with kicking her out of the house.

When she comes back from Israel 2018, I told her it was better for her to live at her own place to avoid problems with me. She went to North Carolina to live with second cousin, but it didn't go well and he asked her to leave his house.

When she returned, I told her again that the best for her to live on her own. We used to argue a lot; I didn't know that she was using drugs and because of this she was behaving that way.

Tsvia was looking for someone to love her in all the wrong places and with the wrong people who introduced her to a very bad world and into the hands of abusive men, like Wilfredo Nunez.

Tsvia had never had a serious relationship with anyone before. And unfortunately, everything she experienced at home her entire life affected her judgment, and that's why she continued my pattern and entered to an abusive relationship.

.

Over time, she became involved with the wrong people and developed a serious addiction to methamphetamine that lasted for over a decade. I did not recognize the signs. I did not ask the right questions. I did not see that she was struggling with

untreated trauma, addiction, and emotional immaturity. I carried immense guilt to not see what was happening in front of me. I believe, due to the severity of her trauma, she learned to cope in harmful ways

Tsvia now starts to recover from her childhood. She is under treatment, but she still has a long way to go to heal all the wounds of the past. She is still so sad and does not share her feelings. She keeps her pain all to herself and never shows

how she really feels. She is still scared and terrified like she has been in the last few years under my nose. She still needs to grow up Tsvia is very childlike in some ways. She never really adapted to adulthood, a very naïve young girl who

wasn't able to see the difference between good and bad people. She sees only the good in person, even when it isn't there.

Today she is sober clear mind, she is speaking openly about her trauma for the first time in her life, there is clarity, there is remorse and there is something I have not seen in many years – hope.

For the first time in life, we connected like a mother and daughter, and for the first time we could have a long open conversation with love and not arguing and offending, the first time I had my daughter and most important my daughter Tsvia have a mother.

I wish we were close like we are now since all this unraveled, I know that none of this would happen if we were close like we are today. I know that I'm have a big part in this maybe the bigger part of all what happened with my daughter,

She never has reliable and trusted parents, today she knows I'm always will be supporting and protecting her.

Tsvia's core character has always been kind and generous. She is deeply empathetic and consistently puts others before herself. My daughter is the opposite of selfish. Very sensitive and shy, she jumps to lend her hand to anyone who needs it.

She is the kind of person who puts everyone before her, and she is willing to do anything to help and please and make everyone happy. Please allow me to share with you some more examples of her giving nature.

On holidays and Shabbat dinner, Tsvia would bring food to the neighbors or friends who were alone. Tsvia would always help to distribute food to the homeless, or a lonely old lady neighbor who was in need.

Tsvia My daughter loves working with children. She loves giving back to the community. This is who she is, this is where she shines. She operates in the world of kindness.

A few years ago, when we lost our dog, when we found a 5 hours' drive from home, Tsvia did not hesitate for one moment to drive me to bring the dog home. We drove all night, returned in the morning, and Tsvia went straight to work.

When my car broke down, she had no problem lending me hers for a few weeks until we got a new one.

A few years ago, I lost my father. I needed to go to Israel to be with him in his last moments., and Tsvia stood by me. While I was away, she stayed with her younger brother and sister and cared for them in my absence.

She worked responsibly in our family business and could always be trusted to show up and treat customers with kindness and always with a smile.

She cared for her siblings when they needed a ride to pick them up from school, or when they needed her support and understanding.

Even now while incarcerated, she shares with women who have no support and continues to demonstrate compassion. Tavia always encourages the inmates there to exercise and organize them in groups to boost their morale.

And with all she is going throw She is more worried and cares about all of us, making sure that we are not sad and broken, and give us

the strength to go on, more than she is about herself. She participated in all classes and courses provided by the facility; she becomes a more religious and believable person. She stays away from problems and spends her day exercising,

reading and learning.

Tsvia always loves pets and special her dog, who was taking care of her like a baby, never living her by herself always with her, today she suffered a lot from her absence in her life.

As her mother, I live every day with profound regret and guilt I replay the years in my mind and wish I could go back and protect the little girl who needed me more than anything. And I never was there for her, I cannot change the past, but I can stand before you today

and tell you that my daughter is not beyond redemption. I have seen her remorse with my own eyes. I have heard it in her voice. I have watched her fight for sobriety, for clarity, and for a chance to become the woman she was meant to be.

 She has already lost years of her life to addiction and incarceration. I respectfully and humbly ask this Court to give her something she has not had enough of in her life — mercy. Not to erase her mistakes, but to allow her the opportunity

to rise from them. Please leave room in your sentence for hope, for healing, and for the possibility that this broken chapter does not have to define the rest of her life.

I share this not to excuse her conduct, but to provide context. Tsvia's actions were wrong, and she accepts responsibility. However, her criminal behavior did not arise from cruelty or indifference. It arose from untreated trauma, addiction,

 instability, and a deep longing to feel loved and accepted. That longing made her vulnerable to people who exploited her.

I respectfully ask this Court to leave room in its sentence for hope, for healing, and for the possibility that this painful chapter does not define the rest of her life.

 I am begging you to give us this second chance to build our aging lives and to give my daughter the chance to grow from this. I am pleading for a chance to be a real mother to my daughter for the first time.

Thank you for your time, your consideration, and your compassion.

Respectfully,
Sigalit Yepes

The Honorable Beth Bloom
United States District Court
Southern District of Florida
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Subject: Character Reference for Tsvia Kol

Dear Judge Beth Bloom, My name is Vivían Lerner. I am 81 years old, and I am the grandmother of Tsvia Kol. With the utmost respect, I write to you from the depths of my heart. It is not easy for me to write this letter. I am an elderly woman, and I do so with tears in my eyes and my heart in my hands, holding on to one hope: that you may see my granddaughter as I have known her all her life. Tsvia is a young woman of extraordinary kindness. She has a natural sweetness and a warmth that touches everyone around her. She lived with me in Eilat, Israel, where she worked at the Astral Nirvana Hotel. She speaks Hebrew, Spanish, and English, and she was deeply appreciated by those who knew her—not only for her responsibility but for the way she treated others: with respect, patience, and genuine care. What truly defines Tsvia is her heart. She is a noble and gentle person, without malice, who has always believed in the goodness of others. Perhaps it is this very innocence that made her vulnerable because she never imagined harm in anyone. Since she was a little girl, her nature has always been to give. She shared what she had without hesitation, helped anyone in need, and found joy in doing good. She is the oldest of my 12 grandchildren, and from a very young age she cared for her siblings and cousins, played with them, and if any of them misbehaved, she felt responsible. That kindness and sense of care have stayed with her throughout her life. Despite everything she has suffered in life, Tsvia has never stopped helping others. She first lost her little brother to cancer, whom she adored deeply. Her parents divorced, which was a great tragedy for her. Later, they moved to Florida, where she suffered a lot; then they moved to Maryland, where for a time she was happy, but her happiness did not last long, and they had to return to Florida. Her father remarried and had two children, and her mother also remarried. My granddaughter carried all this with a heavy heart, but she never complained nor shared her pain; she always bore it quietly with strength and resilience. There was a time in my life when I could no longer take care of myself. I was in a wheelchair for a year and a half, and during that time, Tsvia became my hands, my strength, and my support. She cared for me with a love and dedication I cannot fully describe. She put her own life aside to

take care of me, and still went to work every day without fail. She never complained. She never made me feel like a burden. In my darkest moments, she was my light. My home, which was always full of life because of her, is now silent. A silence that is heavy and painful every single day. At my age, loneliness is not just sadness—it is a deep emptiness that reaches the soul. Your Honor, with all respect and humility, I humbly plead with tears in my eyes that you have mercy. I ask you from the depths of my heart to see my granddaughter for who she truly is. Tsvia's greatest dream has always been to become a language translator and to have a family. That dream, which is her greatest hope, can only become reality with your help. She is not a bad person. She is a good, noble, and loving young woman who deserves a second chance. My greatest wish, before God calls me, is to see her free, to hold her in my arms once more, and to know that she will have the opportunity to rebuild her life and fulfill her dreams. Thank you for taking the time to hear me. With deepest respect and hope,

Vivían Lerner

The Honorable Beth Bloom
United States District Court
Southern District of Florida
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Re: Character Reference for Tsvia Kol


The Honorable Judge Bloom,


My name is Shimon Kol. I am 64 years old, an Israeli citizen, and the father of Tsvia Kol.

I am writing this character reference letter based on my deep familiarity with my daughter and out of genuine concern and ongoing parental responsibility for her future.

Tsvia grew up under complex family circumstances. Following my divorce from her mother when she was young, her life unfolded across different frameworks and distant places of residence, which affected

her stability and sense of continuity over the years. These transitions and physical distance have created significant emotional challenges, as they would for any sensitive and gentle child.

During her childhood, whenever circumstances allowed, Tsvia spent time with me and with our family during weekends, holidays, and shared vacations. These moments together were meaningful and positive,

and she showed joy in being part of family life with her younger sisters. As the older sister, Tsvia naturally took on a caring and responsible role, demonstrating affection, patience, and a strong sense of belonging within the family.

During a period when our family life was spread across different locations in the United States, although I was residing in Israel, Tsvia chose to come and live in Cleveland with my wife, Irit, and our daughter Yuval.

This decision reflected the close bond between us and her wish to remain connected and involved in our shared family life. Despite the physical distance, we maintained regular and meaningful contact.

Despite the challenges created by distance and circumstance, I made every effort to maintain consistent contact with my daughter whenever possible.

There were periods of closer communication and more difficult times, yet it was always clear to both of us that our relationship was founded on love, care, and deep concern.

By nature, Tsvia is a sensitive, quiet, and gentle person. Throughout her life, she struggled to cope with situations involving pressure, instability, and environments that did not align with her character.

This sensitivity at times led her to make poor decisions and to find herself in circumstances that did not reflect her values or who she truly is.

Since her incarceration, we have maintained regular contact and speak on a weekly basis. Through these conversations, I have observed increased maturity, self-reflection, and an ability to acknowledge past mistakes.

Tsvia expresses remorse, takes responsibility, and demonstrates a sincere willingness to understand her situation and learn from it, even within the complex reality she currently faces.

I do not ignore the long and challenging path that lies ahead of her. Nevertheless, I believe that maintaining consistent family contact, a supportive foundation, and a sense of belonging over time are important

factors in emotional stability and gradual personal growth.

As a family, we stand by Tsvia and are committed to continuing to provide her with emotional support and as stable a family framework as possible, guided by responsibility and faith in her ability

to mature, internalize lessons, and choose a different path in the future.

Respectfully,

Shimon Kol

The Honorable Beth Bloom
United States District Court
Southern District of Florida
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Re: Character Reference for Tsvia Kol


The Honorable Judge Bloom,


My name is Yuval, and I am the younger sister of Tsvia Kol.

I am writing this letter after approximately three years of my sister's incarceration. I wish to share with the Court my personal observations, based on my lifelong familiarity with her.

My relationship with Tsvia was formed from a very young age through shared daily life, not merely through the fact that we are sisters. Despite a complex family structure, we grew up as a close and united family,

without me ever experiencing distance or separation between us. Throughout my childhood and until the age of 17, Tsvia was a constant presence in my life, an integral part of our routine, including frequent visits,

holidays, vacations, and weekends.

During my childhood, Tsvia was an older sister in the fullest and simplest sense of the word. We did homework together, spent many hours together at home and outside, watched movies, played, and ate together.

We went on family vacations, including trips to Eilat, participated in activities such as bowling, and spent time at home playing games and being creative, including improvised fashion shows we created for ourselves.

These everyday activities reflect a close, natural, and stable bond that was built over many years.

During my high school years, Tsvia lived with me and my mother in Cleveland, Ohio. For me, this was a particularly meaningful period, as we returned to living together on a daily basis. Even then, I saw the same familiar

presence: an involved, supportive, and caring sister who provided me with a sense of stability and security.

Even when we lived in different countries, our connection did not end. We maintained regular, daily contact through calls and texting, out of genuine closeness rather than family obligation.

Tsvia has been, and continues to be, a central figure in my life, a confidant, and someone I trust deeply.

Since Tsvia's incarceration, our relationship has continued but has taken on a different depth. In October, I traveled especially from Israel in order to see her, and after a long period apart,

We met three times during the course of one week. It was very important to me to see her with my own eyes, to understand her situation, and to observe firsthand how she conducts herself today.

During those meetings, I met a more mature and self-aware sister. Tsvia spoke openly about her mistakes, about the responsibility she takes for them, and about the price she continues to pay day by day for her actions.

 She does not deny her actions and does not minimize their seriousness but rather expresses a sincere desire to learn from them and to build a different path for herself.

As someone who has known my sister my entire life, I can say with full conviction that the change I see in her is real and substantial. Her approach to life today is more cautious, responsible, and grounded.

She speaks about boundaries, conscious choices, and a genuine desire to rehabilitate herself and to integrate in the future into a stable and normative way of life.

Tsvia has a present and supportive family in Miami, in Cleveland, and throughout Israel, that believes in her ability to continue this rehabilitative process and is committed to supporting her along the way.

I believe that if given an appropriate framework and a real opportunity for rehabilitation, she will be able to make use of it and continue a path of positive change.


Thank you for your time and consideration.


Respectfully,

Yuval Kol

The Honorable Beth Bloom
United States District Court
Southern District of Florida
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128


Re: Character Reference for Tsvia Kol


The Honorable Judge Bloom,


My name is Ravid, and I am writing to you today as the younger brother of Tsvia. I humbly ask that you consider this letter as you determine her sentence, and that you allow my words to offer a fuller picture of who my sister truly is.

My sister is one of the kindest and most loving person. I know. She has a gift for making those around her laugh even in the hardest of moments, and her easy-going nature has always been a source of calm and comfort for our family.

But behind that warmth is a person who has endured more hardship than most people twice her age.

She grew up enduring the pain of her parents divorce that happened to her at a young age. Then our family uprooted and moved to a new country, stripping her of the friendships, familiarity, and sense of belonging that every childhood

should have. She faced that transition with more resilience than I probably would have managed. Then, at a time when she needed stability most, she was kicked out of our mother's home and left to find her footing entirely on her own.

Despite all of this, she never gave up. She kept showing up for the people she loves, including me and trying her hardest to simply live her life and find stability.

I am not writing to minimize the seriousness of the matter before your court. I only ask that you see my sister not solely through the lens of her worst moment, but through the full arc of her life.

 A life shaped by hardship and unfairness that led her to the road of desperation which clouded her judgement.

The lightest sentence you could possibly give would give her the chance she deserves to heal, grow, and start over and become the person I know she can be.

I believe in her completely, and I respectfully ask that you extend her that same opportunity.


Thank you sincerely for your time and consideration.



Respectfully,
Ravid Yepes

The Honorable Beth Bloom
United States District Court
Southern District of Florida
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Re: Character Reference for Tsvia Kol

The Honorable Judge Bloom,


My name is Eden Yepes, and I am Tsvia Kol's younger sister. I am 21 years old. I was born when she was a teenager, so she has always been more of someone I look up to. Rather than growing up and learning together,
I learned a lot from her instead. She was still young and not from America, so she was also still learning a lot. I was born here, so I don't know what it is like to move from another country as a teenager,
but even with all the trouble she had living here, she always did her best to be there for me. We grew up in different conditions, and she tried to have me grow up better than she was able to. She was there for
my first everything and guided me through every hardship I had. She felt a lot of responsibility for me and my brother and didn't rely on us as well. It must have been hard to have siblings who were so young and without her dad.

My sister has always been a very caring person. Every time she came over after she moved out, she would ask us if we needed anything, give us some pocket money, ask about what was going on in our lives, etc.
She cared about us so much and is such a good person. There was never anything she wouldn't do to make us happy.

Before this all happened, she would talk about her future and try to better herself so that she could lead a good life. I know that she wants kids and wants to get married, and I always thought that I'd be able to
witness that happens for her and for her to witness my marriage. I believe that she hasn't made the best choices because of the way her life went, but she is a great sister and an amazing person who has so much to
give this world. Life is about learning, and she has learned a lot from this. I can tell in her voice how much she regrets her choices. If given the chance, she can become an even better person and do a lot more for this world.

Thank you for taking the time to read my letter and I hope that my sister gets the chance to show you how incredible she can be and that her past choices don't define who she is.
I am confident that she will make better choices if Your Honor gives her an opportunity.

Sincerely,
Eden Yepes
edenlte@hotmail.com

954.716.2212

The Honorable Beth Bloom
United States District Court
Southern District of Florida
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Re: Character Reference Letter for Tsvia Kol

The Honorable Judge Bloom,

My name is Or and I am Tsvia Kol's cousin
This letter is being written on behalf of Tsvia Kol, my older cousin. I must start out by saying that hearing about Tsvia's situation really shocked me
because I have known her all my life and this is something I wouldn't expect, specifically, from her. She's always been a person of good judgment and strong character,
and this seems above her and out of her character. Tsvia is a gentle, kind girl with a huge heart. I truly mean it. She has always been positive, smiling and ready to lend help
to whoever needed it.
Her energy is infectious and she's someone I've always seen has a positive impact on her environment. She has always stepped up to plate, helping family and friends alike.
When we lived in Israel Tsvia helped me a lot, I always knew I could count on her, she was like a big sister to me, but when we arrived in the United States, it was very difficult
for me to adjust here, and I didn't understand why Tsvia couldn't help me like in Israel, I didn't understand that she was going through a difficult time, before that she stood by me and my family all the time at any all the time,

There was a time when Tsvia was not at her best, she looked after us when my mother and her husband were traveling. I was concerned about her wellbeing, but we did not know the extent of it, we did not know about her serious drug issues at that time.

Always in Israel she would come to pick me up if I missed the bus, or she would take me to the mall just me and her, if I was sick, or just to make sure how I felt I she used to come to taken care of.
I wish you could see her condition as I do, she has fallen and you are in such a special position to help her, your honor, to help so that she can be picked up again and restore her life.
Being part of the criminal world is not who Tsvia is, your Honor. Now she needs our help, desperately.

To say it lightly, she's always been someone you can count on in a time of need. She is a hardworking, motivated and extremely sincere person with good character, a
soft demeanor and a good heart. Her situation really saddens me because throughout our lives, I've seen her as a person with great potential and the ability to learn, grow,
and change from any past mistakes…be it minor, compared to the situation she's currently found herself in.

I truly believe that given a second chance, she will turn herself around for the better and will make sure to stay away from the things and people that have influenced her to make such a poor decision.

Please take my letter as a plea for merciful judgment on Sapir Tsvia behalf. It breaks my heart to think that such a young, kind and vibrant girl will have lost the opportunity to make a life for herself.

She still has so much ahead of her…getting married, having children, and learning from her mistakes to be a positive example for others - which I am sure she will do, given a second chance.

Please consider my words as they are heartfelt and full of concern for
her and her future. We have a beautiful family who has always cared for each other and wanted the best for each other. I love her like a sister, and it would mean so much if you could have mercy
on her and trust that she is someone who does learn from her mistakes and I am sure she will turn everything around for the better, given a second chance.

I respectfully ask this Court to leave room in its sentence for hope, for healing, and for the possibility that this painful chapter does not define the rest of her life to give her this second chance to grow from this.


Thank you sincerely for your time and consideration
.
Respectfully
Or Shefer
 +1-754368-7287

The Honorable Beth Bloom
United States District Court
Southern District of Florida
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Re: Character Reference for Tsvia Kol

The Honorable Judge Bloom,


My name is Oshrit Goldsmit, and I am writing to you on behalf of my niece, Sapir Tsvia Kol. I write this letter with great respect for the Court and with sincere hope that my words may help present a fuller picture

of whom Sapir Tsvia truly is a person.

 Sapir Tsvia is my eldest niece and someone I love very deeply. She has always been a meaningful part of my life and of our entire family. Seeing her go through this difficult situation has been incredibly painful for

all of us. For over three years now, Sapir Tsvia has been incarcerated. During this time, our family has had a great deal of time to reflect, to worry, and to hope for her future.

The absence of someone so loved has been deeply felt. From a young age, Sapir Tsvia showed many qualities that made us proud of her. She is strong-willed and determined, yet also deeply compassionate and caring toward others.

 Even when she struggled personally, she often focused on helping those around her. However, Sapir Tsvia's childhood was far from easy. When she was only three years old, she experienced the heartbreaking loss of her brother.

At such a young age, she faced a tragedy that many adults struggle to cope with. Soon after, her life changed again when her family moved from Jerusalem to Eilat. The transition was difficult, and shortly afterward her parents

 divorced. These events created a great deal of emotional instability during a very sensitive stage of her life. Later, both of her parents remarried and started new families. Her father had two additional daughters, and her mother

 had two more children. During these many changes, Sapir Tsvia often struggled to find her place. She felt caught between two homes and two new families, and at times she felt lost. Despite these challenges, Sapir Tsvia grew

 into a young woman with a caring heart. While living in Israel, Sapir Tsvia worked at the reception of a hotel. She took her responsibilities seriously and treated every guest with kindness and respect. She was known for being helpful,

patient, and dependable. Her employers and the guests appreciated her greatly, which reflects the good character she possesses. What truly defines Sapir Tsvia, however, is her compassion for others.

She has always been someone people could rely on.

 Many times, she helped me with my children, assisting with transportation to school, helping them with homework, and supporting our family whenever help was needed. Her presence has always been a source of warmth and support.

 I have also witnessed her kindness toward people outside our family.

At one point, she regularly brought food to homeless individuals near her apartment because she could not bear the thought of someone going to sleep hungry. She did these acts quietly and humbly, without ever seeking recognition.

Of course, I understand that Sapir Tsvia made a very serious mistake. I do not excuse her actions, and neither do she. However, I believe that at the time she did not fully understand the consequences of the decisions she was making.

The past three years have given her time to reflect deeply on her life and her choices. During this difficult time, Sapir Tsvia has been working hard to strengthen herself and grow as a person. She has dedicated time to learning, reflecting on her life,

and trying to improve herself. She also helps others around her whenever she can. Even in a difficult environment, she continues to show kindness and support to those around her. These efforts reflect her sincere desire to change and become

a better person. When I look at Sapir Tsvia's upbringing, I see a young woman who was raised with values of kindness, generosity, and love. It is difficult for us to understand how she lost her way, except through the difficult challenges she faced,

including years of substance abuse and unresolved childhood trauma. Despite everything that has happened, I still believe strongly in her ability to change, to grow, and to rebuild her life.

Sapir Tsvia is not defined only by her mistakes. She is also defined by her compassion, her humanity, and her potential to become a better person. This situation has also had a very heavy impact on her mother and grandmother.

They love her deeply and are suffering greatly as they watch her go through this. The emotional and financial toll on them has been enormous, yet they continue to stand by her and support her in every way they can.

Your Honor, I respectfully ask that you consider not only Sapir Tsvia's Wrong decisions, but also the person she truly is and the person she is striving to become. She has already spent more than three years away from her family

and has used this time to reflect, grow, and begin rebuilding her life.

I truly believe that with the support of her family and the opportunity for a second chance, Sapir Tsvia can return to society as a stronger, wiser, and more compassionate person.

It has been more than three years since I was able to hug my niece. Despite the pain and the distance, I continue to believe in her heart and in her ability to find her way back.

Please, Your Honor, have mercy on her and give her a second chance. I am sure that today, after more than three years, Tsvia is now with clear mind, educated and sober with Great hope to rebuild her life.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Oshrit Goldsmit